**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff/Respondent ) | |
| ) | |
| **v.** ) | Civil No. **05-2012** |
| ) | Criminal No. **2:03-20039-003** |
| ) | |
| **SON TRUONG NGUYEN,** ) | |
| ) | |
| Defendant/Movant ) | |

## ORDER

Upon consideration of movant's <u>Motion Requesting Release of Presentence Investigation Report</u>, the Court finds the motion to be well taken and it is hereby granted.

WHEREFORE, the United States Probation Office is directed to release the Presentence Investigation Report and all addendums to counsel for Mr. Nguyen forthwith.

IT IS SO ORDERED this 9th day of November 2005.

/s/Beverly Stites Jones
Honorable Beverly Stites Jones
United States Magistrate Judge