IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

        V.                    Civil No. 05-2012
                        Criminal No. 03CR20039-003

SON TRUONG NGUYEN                              DEFENDANT/MOVANT

O R D E R

On this 31st day of January 2006, there comes on for consideration the report and recommendation filed in this case on January 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 170). Movant has filed written objections to the report and recommendation. (Doc. 172).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 136) is DENIED AND DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


                        /s/ Robert T. Dawson
                        Honorable Robert T. Dawson
                        United States District Judge