IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                  PLAINTIFF/RESPONDENT

    v.         Civil No. 05-2012
           Crim. No. 03-20039-003

SON TRUONG NGUYEN                                                  DEFENDANT/MOVANT

### **O R D E R**

On consideration of movant's application, movant is hereby granted leave to proceed *in forma pauperis* on appeal pursuant to Fed. R. App. P. 24(a).

IT IS SO ORDERED this 24th day of February 2006.


           /s/Beverly Stites Jones
           HON. BEVERLY STITES JONES
           UNITED STATES MAGISTRATE JUDGE