IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

v.            Civil No. 05-2012
           Crim. No. 03-20039-003

SON TRUONG NGUYEN            DEFENDANT/MOVANT

**ORDER**

Now on this 27th day of February 2006, comes on for consideration the movant's request for a certificate of appealability filed on February 15, 2006 (Doc. #176), in the above styled case.

The court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is denied.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 27 2006

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK