```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

     v.            CASE NO. 03CR20039-003

SON T. NGUYEN                                               DEFENDANT
```

**O R D E R**

Currently before the Court is a motion by Defendant to terminate his term of supervised release (doc. 227). Defendant indicates that he has made timely payments on his fine. The Government objects to Defendant's motion as he was convicted of a serious drug offense and has not stated a sufficient reason for early termination of his supervised release. (Doc. 231).

The Court finds that the benefits of supervised release to Defendant outweigh any burden upon him. After considering the factors set forth in 18 U.S.C. § 3553, the Court cannot find that termination of his supervised release is warranted. *See* 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's motion (doc. 227) is hereby DENIED.

IT IS SO ORDERED this 30th day of January 2013.

                                   /s/ Robert T. Dawson
                                   HONORABLE ROBERT T. DAWSON
                                   UNITED STATES DISTRICT JUDGE